IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL AMIT,<br><br>Defendant. | Case No. 1:21-MJ-351 |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Officer Nathan Walter, being duly sworn, state the following:

1.      I entered on duty with the Security Protective Service of the Central Intelligence Agency ("CIA") in August 2018. I graduated from the Federal Law Enforcement Training Center in January 2019. Following my graduation, I received an additional six weeks of CIA-specific training prior to being assigned as an officer at various CIA installations.

2.      This affidavit is submitted in support of a criminal complaint charging MICHAEL AMIT with criminal trespass at the George Bush Center for Intelligence (CIA Headquarters) in McLean, Virginia, within the Eastern District of Virginia, in violation of 32 C.F.R. § 1903.7(a), which prohibits entering or remaining on an Agency installation without proper authorization.

3.      The facts and information contained in this affidavit are based upon my personal knowledge and observations during the course of this investigation, information conveyed to me by other individuals, including law enforcement officers, and my review of records, documents, and other physical evidence obtained during the investigation. This affidavit contains information necessary to support probable cause, but it is not intended to include each and every fact and matter observed by me or known to the United States.

1

4. On Sunday, October 17, 2021, at approximately 11:15 a.m., CIA police officers observed the Defendant approach the visitor's entrance to the CIA Headquarters installation from Dolley Madison Boulevard (Route 123) adjacent to CIA Headquarters.

5. While entering the installation from Dolley Madison Boulevard, the Defendant passed a sign that reads, in pertinent part:

"WARNING

RESTRICTED

U.S. GOVERNMENT

INSTALLATION

EMPLOYEES AND OFFICIAL VISITORS ONLY

IT IS UNLAWFUL TO ENTER

OR ATTEMPT TO ENTER

THIS INSTALLATION WITHOUT

PROPER AUTHORIZATION."

6. Police officers initially observed the Defendant walking briskly down the middle of the inbound roadway towards the Visitor Control Center ("VCC"). An officer in a patrol car approached the Defendant, and when the officer activated the vehicle's lights and sirens, the Defendant accelerated to a full run away from the officer and towards the VCC. The patrol officer exited his vehicle and verbally ordered the Defendant to stop, at which point the Defendant complied.

7. When officers unmasked the Defendant, they immediately recognized him from prior encounters. The Defendant had previously approached CIA Headquarters without authorization on six prior occasions. At each of the first five prior encounters, officers warned the

Defendant not to return to CIA Headquarters without proper authorization. During the most recent prior encounter of October 14, 2021, the Defendant was issued Citation #7984335 for trespassing at an Agency installation, in violation of 32 C.F.R. § 1903.7(a), with a mandatory initial appearance date of October 19, 2021.

8. Based on the foregoing, I submit there is probable cause to believe that on October 17, 2021, in McLean, Virginia, within the Eastern District of Virginia, MICHAEL AMIT did enter an Agency installation without proper authorization, in violation of 32 C.F.R. § 1903.7(a).

Respectfully submitted,

Officer Nathan Walter
Security Protective Service
Central Intelligence Agency

Subscribed and sworn to before me on October 18, 2021.

_____/s/_____
Michael S. Nachmanoff
United States Magistrate Judge
Hon. Michael S. Nachmanoff
United States Magistrate Judge
Alexandria, Virginia

3